# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Uzma Qureshi<br>Naveed Qureshi, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:16-cv-00322-MOC |
| | ) | |
| vs. | ) | |
| | ) | |
| Mortgage Electronic Registration Systems, Inc.<br>US Bank National Association<br>Wells Fargo Bank, N.A.<br>Fieldstone Mortgage<br>LaSalle Bank, N.A.<br>Structured Asset Investment Loan<br>Lehman Brothers Holdings, Inc.<br>Aurora Loan Services, Inc., <br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |

DECISION BY COURT. This action having come before the Court on Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 13, 2016 Order.

Signed: September 14, 2016

Frank G. Johns, Clerk
United States District Court